05/02/2011 18:09   916-375-6287   YOLO CO EMP CTR

FILED
May 05, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003470342

Justin T. Ryan, Esq. (SBN # 261672)
Law Offices of Justin T. Ryan
2534 State Street, Suite 404
San Diego, CA 92101
Telephone: (619) 822-2533
Facsimile: (619) 923-2543

Attorney for Plaintiff:
HERITAGE PACIFIC FINANCIAL, LLC

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERITAGE PACIFIC FINANCIAL, LLC, | Bankruptcy Case No. 10-46364 |
| Plaintiff, | Adversary Case No. 10-02797 |
| v. | JOINT CASE MANAGEMENT REPORT |
| NAMREETA NOREEN PRASAD, | |
| Defendant, | |
| *[signature]* | |
| / | |

## JOINT CASE MANAGEMENT STATEMENT

COMES NOW PLAINTIFF HERITAGE PACIFIC FINANCIAL, LLC dba HERITAGE PACIFIC FINANCIAL, a Texas Limited Liability Company (hereinafter "Plaintiff") and DEFENDANT NAMREETA NOREEN PRASAD (hereinafter "Defendant") with this joint status report.

### SETTLEMENT

Both Plaintiff and Defendant have agreed to settle this matter for sum mentioned in the

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | STIPULATION and ORDER that is filed concurrently with this CMC Statement. |
| 4 | |
| 5 | |
| 6 | Dated: May 4, 2011 |
| 7 | |
| 8 | |
| 9 | |
| 10 | |

Dated: May 4, 2011                Respectfully Submitted,
                                  Law Offices of Justin T. Ryan


                                  By: /s/ Justin T. Ryan
                                  Attorney for Plaintiff


Dated: May 4, 2011                Respectfully Submitted,
                                  Namreeta Noreen Prasad


                                  By: [signature]
                                  *Pro Se* Defendant